IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PETER DAVIS** : | |
| : | |
| **Plaintiff,** : | |
| : | CIVIL ACTION |
| v. : | |
| : | 14-1490 |
| **CORIZON HEALTH, INC., et al,** : | |
| : | |
| **Defendants.** : | |

### ORDER

**AND NOW**, this 20th day of October 2014, upon consideration of defendants' motion for leave to file an amended complaint (docs. no. 75 and 76), defendants' response in opposition (doc. no. 78) and plaintiff's reply thereto (doc. no. 80), and upon further consideration of plaintiff's motion for leave to file an amended memorandum of law (doc no 85) **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion for leave to file an amended complaint is **DENIED**;

2. Plaintiff's motion for leave to file an amended memorandum of law is **DENIED**;[1]

3. Plaintiff shall file his response to defendants' motions to dismiss (doc. nos. 53 and 71) within 14 days of the entry of this order.

BY THE COURT

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.

---

[1] Mr. Davis has not filed a response to defendants Edwards, Grimes, Harry, Korszniak, Lee, Mooney, Oppman, Scharff, Wenerowicz, Wetzel and Wolfgang's motion to dismiss, so there is no need to file an amended memorandum of law. *See* doc. no. 81. To the extent Mr. Davis wishes to amend his response to the Commonwealth's motion to dismiss, Barkes will not advance is cause.